| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Michael S. Kelley, Esq.<br>Nevada Bar No. 10101<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>dnitz@wrightlegal.net<br>mkelley@wrightlegal.net<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2* | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-2,<br><br>    Plaintiffs,<br><br>vs.<br><br>SUZANNAH R NOONAN IRA, LLC, a Nevada limited liability company; JAMES M. ALLRED IRA, LLC, a Nevada limited liability company;<br><br>    Defendants. | Case No.: 2:16-cv-02883-KJD-CWH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE AND FOR SERVICE BY PUBLICATION ON DEFENDANT, JAMES M. ALLRED IRA, LLC** |

WHEREAS, upon consideration of the Ex Parte Motion for Extension of Time to Serve and for Service by Publication on Defendant, James M. Allred IRA, LLC, in which Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2 (hereinafter "Deutsche Bank" or "Plaintiff"), showed it has been unable to personally serve Defendant James M. Allred IRA, LLC ("Defendant") with its Summons and Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the time within which Plaintiff has to serve Defendant with the Summons and Complaint is extended ninety (90) days to and includes the 28th day of September, 2017.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Summons and

Complaint in this action shall be served upon Defendant by publication thereof in NEVADA LEGAL NEWS and that said publication shall be made at least once a week for a period of four (4) weeks.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that copies of the Summons and Complaint in this action be deposited in a United States Post Office within the City of Las Vegas, County of Clark, State of Nevada and mailed via regular mail and certified mail, return receipt request in a sealed, postage prepaid envelope addressed to Defendant at the three addresses Plaintiff located for Defendant's registered agent: 1327 Zurich Lane, Incline Village, NV 89451, 4211 River Swan Lane, Sacramento, California 95834, and 2747 Paradise Road #403, Las Vegas, NV 89109.

IT IS SO ORDERED.

DATED this 9th day of June, 2017.

_____
U.S. MAGISTRATE JUDGE