WRIGHT, FINLAY & ZAK, LLP
Regina A. Habermas, Esq.
Nevada Bar No. 8481
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-2,<br><br>Plaintiffs,<br><br>vs.<br><br>SUZANNAH R NOONAN IRA, LLC, a Nevada limited liability company; JAMES M. ALLRED IRA, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:16-cv-02883-KJD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS COMPLAINT**<br><br>**(First Request)** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2 ("Deutsche Bank"), and Defendants, Suzannah R. Noonan IRA, LLC ("Noonan") and James M. Allred IRA, LLC ("Allred") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On December 13, 2016, Deutsche Bank filed its Complaint which named Noonan and Allred as defendants [ECF No. 1]. On February 13, 2018, Noonan and Allred filed their Motion to Dismiss Deutsche Bank's Complaint [ECF No. 22]. Presently, the deadline for Deutsche Bank to respond to the Motion to Dismiss is February 27, 2018.

The Parties have discussed extending the deadline for Deutsche Bank to file its response

to March 20, 2018.

This is the first stipulation for extension of time for Deutsche Bank to respond to Noonan and Allred's Motion to Dismiss. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Deutsche Bank to file its response to the Motion to Dismiss shall be extended to March 20, 2018.

DATED this 23rd day of February, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley*
Regina A. Habermas, Esq.
Nevada Bar No. 8481
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2*

DATED this 23rd day of February, 2018.
THE LAW OFFICE OF MICHAEL BEEDE, PLLC

*/s/ James W. Fox*
Michael Beede, Esq.
Nevada Bar No. 13068
James W. Fox, Esq.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
*Attorney for Defendants, Suzannah R. Noonan IRA LLC, and James M. Allred IRA LLC*

**IT IS SO ORDERED.**

DATED February 27, 2018

_____
U.S. MAGISTRATE JUDGE