WRIGHT, FINLAY & ZAK, LLP
Regina A. Habermas, Esq.
Nevada Bar No. 8481
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-2,<br><br>Plaintiffs,<br><br>vs.<br><br>SUZANNAH R NOONAN IRA, LLC, a Nevada limited liability company; JAMES M. ALLRED IRA, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:16-cv-02883-KJD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AND EXPUNGE LIS PENDENS** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2 ("Deutsche Bank"), and Defendants, Suzannah R. Noonan IRA, LLC ("Noonan") and James M. Allred IRA, LLC ("Allred") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1) All claims raised in the instant case are to be dismissed with prejudice with each party to bear its own fees and costs.

///

///

///

Page 1 of 1

2) The document titled Notice of Lis Pendens recorded on December 20, 2016, as Instrument Number 20161220-0001787 against the real property located at 2905 Bison Mesa Avenue, North Las Vegas, Nevada 89030, is expunged. Deutsche Bank shall record a release of the Lis Pendens within five (5) business days of this order.

3) Within 45 days of the entry of this Stipulation and Order, Plaintiff, Deutsche Bank National Trust Company, As Indenture Trustee For New Century Home Equity Loan Trust 2005-2 shall cause that certain Deed of Trust which has been recorded with the Clark County Recorder as instrument number 20050207-0001400 to be released and/or reconveyed.

4) Deutsche Bank hereby disclaims any right, title, interest, or claim in the real Property real property located at 2905 Bison Mesa Avenue, North Las Vegas, Nevada 89030, and shall be barred from asserting any claim thereto unless such interest arises after the date of this Order.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 11th day of June, 2018.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 11th day of June, 2018.<br>THE LAW OFFICE OF MICHAEL BEEDE, PLLC |
| */s/ Michael S. Kelley* | */s/ Michael Beede* |
| Regina A. Habermas, Esq.<br>Nevada Bar No. 8481<br>Michael S. Kelley, Esq.<br>Nevada Bar No. 10101<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2* | Michael Beede, Esq.<br>Nevada Bar No. 13068<br>James W. Fox, Esq.<br>Nevada Bar No. 13122<br>2470 St. Rose Pkwy, Suite 201<br>Henderson, NV 89074<br>*Attorney for Defendants, Suzannah R. Noonan IRA LLC, and James M. Allred IRA LLC* |

**IT IS SO ORDERED.**

DATED this __20th__ day of __July__, 2018.

_____
U.S. DISTRICT JUDGE